IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REINALDO KURI | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| MERIDIAN BANK et al. | : | NO. 21-4694 |

ORDER

AND NOW, this 19th day of January, 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Meridian Bank and Meridian Bank Corporation for summary judgment (Doc. # 34) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                      J.